RECEIVED BY MAIL

SEP 1 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil Action No. 01-1497 DWF/AJB

| | | |
|---|---|---|
| UNIVERSAL BUILDING SYSTEMS, INC.<br><br>Plaintiff<br><br>vs.<br><br>CONIFER PRODUCTS, INC.,<br><br>Defendant. | ) | STIPULATED MOTION FOR EXTENSION OF TIME TO TO FILE ANSWER AND ORDER |

The complaint commencing this litigation was served on Defendant Conifer Products, Inc. (hereinafter "Conifer") on 21 August, 2001. Under the Federal Rules, an answer must be filed by 10 September, 2001. Conifer requests a twenty-day extension to file its Answer.

As grounds for this Motion, Conifer states as follows:

Defendant Conifer is an out-of-State company and is presently investigating the claims alleged in the Complaint and exploring settlement negotiations. As a result of not being a local company, Conifer will have to retain Minneapolis counsel. Therefore, in light of the above, Conifer requests an additional twenty days to and including 1 October, 2001, to investigate the claims in the Complaint and/or to complete settlement negotiations.



FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Counsel for plaintiff, Universal Building Systems, Inc., has stipulated to this requested extension of time for Conifer to file its Answer.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

NIKOLAI & MERSEREAU, P.A.

By: James T. Nikolai
Registration No. 144101
900 Second Avenue, South
Suite No. 820
Minneapolis, Minnesota 55402

ATTORNEYS FOR DEFENDANT:

THE REILLY INTELLECTUAL PROPERTY LAW FIRM, P.C.

John E. Reilly
Registration No. 18,476
Attorney for Applicant
1120 Lincoln Street, Suite 1500
Denver, Colorado 80203

Dated: 10 September, 2001

**IT IS SO ORDERED:**

**DATED:** 9/24/01

**Arthur J. Boylan**
**U.S. Magistrate Judge**