IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil Action No. 01-1497 DWF/AJB

| | |
|---|---|
| UNIVERSAL BUILDING SYSTEMS, INC.,<br><br>Plaintiff<br><br>vs.<br><br>CONIFER PRODUCTS, INC.,<br><br>Defendant. | STIPULATED MOTION FOR FURTHER EXTENSION OF TIME TO FILE ANSWER |

The parties hereto request a further extension of time to October 7, 2001, in which to file its Answer or otherwise respond to the Complaint.

As grounds for this Motion, the parties have agreed to the terms of settlement but additional time is required in order to prepare and execute the necessary documents for filing with the court. Counsel for plaintiff, Universal Building Systems, Inc. has stipulated to this requested extension of time.

Respectfully submitted,
ATTORNEYS FOR PLAINTIFF:

NIKOLAI & MERSEREAU, P.A.

By: James T. Nikola
Registration No. 144101
900 Second Avenue, South
Suite No. 820
Minneapolis, Minnesota 55402



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ATTORNEYS FOR DEFENDANT:

THE REILLY INTELLECTUAL
PROPERTY LAW FIRM, P.C.

John E. Reilly
Registration No. 18,476
Attorney for Applicant
1120 Lincoln Street, Suite 1500
Denver, Colorado 80203

Dated: Oct 10, 2001

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500