IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil Action No. 01-1497

| | |
|---|---|
| UNIVERSAL BUILDING SYSTEMS, INC.<br><br>Plaintiff<br><br>vs.<br><br>CONIFER PRODUCTS, INC.,<br><br>Defendant. | STIPULATED MOTION FOR FURTHER EXTENSION OF TIME TO FILE ANSWER |

The parties hereto request a further extension of time to October 7, 2001, in which to file its Answer or otherwise respond to the Complaint.

As grounds for this Motion, the parties have agreed to the terms of settlement but additional time is required in order to prepare and execute the necessary documents for filing with the court. Counsel for plaintiff, Universal Building Systems, Inc. has stipulated to this requested extension of time.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

NIKOLAI & MERSEREAU, P.A.

By: James T. Nikola
Registration No. 144101
900 Second Avenue, South
Suite No. 820
Minneapolis, Minnesota 55402



OCT 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ATTORNEYS FOR DEFENDANT:

THE REILLY INTELLECTUAL
PROPERTY LAW FIRM, P.C.

John E. Reilly
Registration No. 18,476
Attorney for Applicant
1120 Lincoln Street, Suite 1500
Denver, Colorado 80203

Dated: Oct 10, 2001

**SO ORDERED:**

**DATED:** October 12, 2001

**Arthur J. Boylan**
**U.S. Magistrate Judge**